

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00436-CR

Juan **RUBIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3435
The Honorable Angus McGinty, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 2, 2014.

Catherine Stone, Chief Justice